

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00546-CV

Juanita Gonzales **GARCIA**, et al.,
Appellant

v.

**U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. 2006-HE3, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-HE3,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV01889
Honorable Timothy Johnson, Judge Presiding

# O R D E R

On September 3, 2015, Appellant Juanita Gonzales Garcia filed a notice of appeal in this court. *See* TEX. R. APP. P. 25.1(a). On September 10, 2015, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fees have been paid. Further, our records do not show that Appellant is excused by statute or rule from paying the filing fees. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's September 10, 2015 letter warned Appellant that if the filing fees were not paid by September 21, 2015, the appeal could be stricken by the court. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised Appellant that the docketing statement must be filed with this court by September 21, 2015. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed. Appellant must file a docketing statement within TEN DAYS of the date of this order.

We ORDER Appellant Juanita Gonzales Garcia to show cause in writing within TEN DAYS of the date of this order that either (1) the $205.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No.

04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

Keith E. Hottle
Clerk of Court